**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARY JANE BERRY,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-1262** |
| : | |
| **v** : | **(JUDGE MANNION)** |
| **THE OHIO CASUALTY INSURANCE** : | |
| **COMPANY a/k/a OHIO CASUALTY** : | |
| **et al.** : | |
| **Defendants** | |

## O R D E R

Based on the foregoing memorandum issued this day, the plaintiff's request for all of the materials redacted by defendants is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: July 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1262-01-Order.wpd